UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20753-CR-SEITZ

UNITED STATES OF AMERICA,

v.

PAMELA JOHNSON,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Jonathan Friedman, Esq. for fees and expenses in the total amount of $24,105.02 be paid in full. The Court has reviewed Judge Palermo's R&R and Mr. Friedman has advised that he will not be filing any objections. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED and made the Order of the District Court as follows: Jonathan Friedman shall be paid **$24,105.02** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 5th day of April, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Jonathan Friedman, Esq.
Lucy Lara, CJA Administrator